*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  May 19, 2016                D-28-16
_____

In the Matter of CARLTON J. DASENT,
    an Attorney.
                                        MEMORANDUM AND ORDER
                                             ON MOTION
(Attorney Registration No. 2396422)


_____

Calendar Date:  April 25, 2016

Before:  McCarthy, J.P., Egan Jr., Devine, Clark and Mulvey, JJ.

                        _____


        Monica A. Duffy, Committee on Professional Standards,
Albany (Alison M. Coan of counsel), for Committee on Professional
Standards.


                        _____


Per Curiam.

        Carlton J. Dasent was admitted to practice by this Court in
1991.  He was previously admitted to practice in Massachusetts in
1981, where he formerly maintained an office for the practice of
law.

        By judgment entered May 13, 2005, the Massachusetts Supreme
Judicial Court for Suffolk County disbarred Dasent based upon
charges that he violated various Massachusetts disciplinary and
ethical rules by, among other things, misusing, commingling
and/or mishandling client funds in two separate matters.
Dasent's appeal from that judgment was rejected (Matter of
Dasent, 446 Mass 1010 [2006]).  Dasent did not file a copy of the
disciplinary order with this Court within 30 days as required by
Rules of the Appellate Division, Third Department (22 NYCRR)
§ 806.19 (b).

        The Committee on Professional Standards now moves for an
order imposing discipline pursuant to this Court's rules by

reason of the discipline imposed in Massachusetts (see Rules of App Div, 3d Dept [22 NYCRR] § 806.19). Dasent has not replied or otherwise appeared in response to the motion, and has accordingly waived any available defenses (see Matter of Lewis, 132 AD3d 1017 [2015]; Matter of Halbfish, 78 AD3d 1320, 1321 [2010]).

We grant the Committee's motion and further conclude that, under the circumstances presented and in the interest of justice, Dasent should be disbarred in this state (see Matter of Hock Loon Yong, 130 AD3d 1428, 1429 [2015]; Matter of Felli, 116 AD3d 1335, 1335 [2014]).

McCarthy, J.P., Egan Jr., Devine, Clark and Mulvey, JJ., concur.

ORDERED that the motion by the Committee on Professional Standards is granted; and it is further

ORDERED that Carlton J. Dasent is disbarred and his name is stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately; and it is further

ORDERED that Carlton J. Dasent is commanded to desist and refrain from the practice of law in any form, either as principal or as agent, clerk or employee of another; and Dasent is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto; and it is further

ORDERED that Carlton J. Dasent shall comply with the provisions of this Court's rules regulating the conduct of disbarred attorneys (see Rules of App Div, 3d Dept [22 NYCRR] § 806.9).


ENTER:

Robert D. Mayberger
Clerk of the Court